IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STELLAR MANAGEMENT GROUP V,
INC.,
D/B/A QSI,

    Plaintiff and Counter Defendant,

v.

DAYBREAK FOODS, INC.,

    Defendant and Counter Claimant.

Case No.  19-cv-956-jdp

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Daybreak Foods, Inc. against plaintiff Stellar Management Group V, Inc., d/b/a QSI in the amount of $10,901.61.

| s/ R. Swanson, Deputy Clerk | 3/11/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |